PROB 12A
(7/93)

# United States District Court ~~FILED~~

for

DISTRICT COURT OF GUAM

NOV -8 2006

*District of Guam*

MARY L.M. MORAN
CLERK OF COURT

**Report on Offender Under Supervision**

Name of Offender: **Anthony Gerald Palomo**  Case Number: **CR 98-00276-001**

Name of Sentencing Judicial   John S. Unpingco

Date of Original Sentence:   May 6, 2003

Original Offense:   Conspiracy to Import Methamphetamine, in violation of 21 U.S.C. 952(a), 960 and 963.

Original Sentence:   46 months imprisonment followed by a five year term of supervised release with conditions to include: not possess a firearm or other dangerous weapon; not use or possess illegal controlled substances; refrain from the use of any and all alcoholic beverages; submit to one urinalysis test within 15 days of release from custody and to two more urinalysis thereafter; participate in a program approved by the U.S. Probation Office for assessment and treatment of narcotic addiction or drug or alcohol dependency which will include testing for the detection of substance use or abuse; undergo a mental health assessment and treatment if recommended to determine if mental health treatment is necessary; make co-payments for treatment at a rate to be determined by the U.S. Probation Office; obtain and maintain gainful employment; perform 300 hours of community service; and pay a $100 special assessment fee.

Type of Supervision:   Supervised release   Date Supervision Commenced:   October 26, 2006

## NONCOMPLIANCE SUMMARY

<u>Violation Number</u>   <u>Nature of Noncompliance</u>

Mr. Palomo has been ordered to submit to a substance abuse assessment and if necessary participate in a substance abuse program approved by the U.S. Probation Office which will include testing. An assessment conducted by the undersigned probation officer concludes that substance abuse treatment is not needed at this time. The Texas Christian University Drug Screen was completed and Mr. Palomo scored a zero (0) confirming there is no need for treatment at this time. Mr. Palomo will continue to be monitored through drug tests and will be referred for treatment if needed. It is respectfully recommended that the special condition requiring treatment be suspended.

Reviewed by:

ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

Date: 11/6/06

Respectfully submitted,

by: Grace D. Flores
GRACE D. FLORES
U.S. Probation Officer

Date: November 6, 2006

**THE COURT ORDERS**

*No Response is necessary unless the court directs that additional action be taken as follows:*

☐ Submit a Request for Modifying the Condition of Term of Supervision

☐ Submit a Request for Warrant or Summons

☑ Other   Condition suspended as recommended

RECEIVED
NOV - 7 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

HON. FRANCES TYDINGCO-GATEWOOD
Chief Judge
District of Guam

NOV - 8 2006
Date